**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7839**

GARY L. WISE, a/k/a Gary Legrande Wise,

Plaintiff – Appellant,

v.

UNITED STATES OF AMERICA, et al., individually and in their official capacities; KAYE G. HEARN, Chief Judge; KENNETH A. RICHSTAD, Clerk; V. CLAIR ALLEN, Deputy Clerk; BRUCE H. WILLIAMS, Judge; J. CURETON, Judge; JEAN H. TOAL, Chief Justice; JOHN H. WALLER, JR., Justice; JAMES E. MOORE, Justice; E. C. BURNETT, III, Justice; COSTA M. PLEICONES, Justice, individually and in their official capacities,

Defendants – Appellees,

and

ANGELA BROWN, DHO Captain; A. GOODEN, Officer; KENNETH SHARP,

Defendants.

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Henry F. Floyd, District Judge. (6:09-cv-01376-HFF)

Submitted:  February 18, 2010        Decided:  February 25, 2010

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gary L. Wise, Appellant Pro Se.

––––––––––––––

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gary L. Wise appeals the district court's order adopting the magistrate judge's recommendation to dismiss his claims against Defendants after a 28 U.S.C. § 1915A (2006) review. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. Wise v. United States, 6:09-cv-01376-HFF (D.S.C. Sept. 23, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED